

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00436-CR

**IN RE** Frederick Omoyuma **SILVER**

Original Proceeding[1]

PER CURIAM

Sitting:     Irene Rios, Justice
            Lori Massey Brissette, Justice
            Velia J. Meza, Justice

Delivered and Filed: July 16, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed his petition for writ of mandamus on July 3, 2025. Having considered the petition, record, and applicable law, the court has determined that relator is not entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). Accordingly, relator's petition for writ of mandamus is **DENIED**.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. CC671214, styled *State of Texas v. Frederick Omoyuma Silver*, pending in the County Court at Law No. 1, Bexar County, Texas, the Honorable Sid L. Harle presiding.